IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT JAMAL JACKSON,**

    Plaintiff,

v.                                                              Civil Action No. **3:19CV591**

**MAJOR OSBORN,**

    Defendant.

## MEMORANDUM OPINION

On September 30, 2019, the United States Postal Service returned an August 30, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                      /s/
                                              M. Hannah Lauck
                                              United States District Judge

Date: **OCT 2 8 2019**
Richmond, Virginia